IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ROBERT BYRD | § | |
| VS. | § | CIVIL ACTION NO. 1:19-cv-73 |
| EDWARD DELONE, ET AL. | § | |

### REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Robert Byrd, proceeding *pro se*, filed the above-styled lawsuit. This lawsuit was referred to the undersigned United States magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Plaintiff has filed a motion (doc. #39) ) asking that a default judgment be entered against Defendants Johnson and Leal. Plaintiff asserts that the answer filed by these defendants is void because their answer failed to respond to his claims.

Federal Rule of Civil Procedure 55(a) authorizes the entry of a default judgment against a party who a judgment for affirmative relief is sought and who has failed to plead or otherwise defend against a lawsuit. Rather than filing an answer, Defendants Leal and Johnson filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (doc. #28). The filing of a motion pursuant to Rule 12 is sufficient to avoid the entry of default. *Rogers v. Barnhart*, 365 F.Supp.2d 803, 808 (S.D. Tex. 2004) (citing *Sun Bank of Ocala v. Pelican Homestead & Sav. Ass'n*, 874 F.2d 274, 277 (5th Cir. 1989)).

Defendants Leal and Johnson have filed a responsive pleading. The Motion to Dismiss responds to Plaintiff's claims. As a result Plaintiff is not entitled to a default judgment.

### Recommendation

Plaintiff's motion seeking a default judgment should be denied.

### Objections

Within 14 days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to timely file specific written objections to the proposed findings of facts, conclusions of law and recommendations contained herein within 14 days after service shall bar an aggrieved party from *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1429 (5th Cir. 1996) *(en banc)*.

**SIGNED this the 20th day of February, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE