| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ROBERT BYRD, §
§
    Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 1:19-CV-73
§
EDWARD DELONE, *et al.*, §
§
    Defendants. §

**ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    Plaintiff Robert Byrd, proceeding *pro se*, filed the above-styled lawsuit. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for default judgment be denied. To date, the parties have not filed objections.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

    Accordingly, the Report and Recommendation of United States Magistrate Judge (#44) is **ADOPTED**. The motion for default judgment (#39) is **DENIED**.

    SIGNED at Beaumont, Texas, this 14th day of March, 2024.

                                          MARCIA A. CRONE
                                    UNITED STATES DISTRICT JUDGE